**ATTACHMENT A**

**STIPULATION OF FACTS**

ISDC- BALTIMORE
25 JUL 21 AM   The undersigned parties stipulate and agree that if this case had proceeded to trial, this *Office would have proven the following facts beyond a reasonable doubt. The undersigned parties also stipulate and agree that the following facts do not encompass all of the evidence that would have been presented had this matter proceeded to trial.*

In the early morning hours of January 1, 2022, Howard County Police responded to 6850 Iron Ore, Unit 232 in Elkridge, MD for a domestic disturbance. Officers responded to the residence and made contact with B.M. at the front door, but she only opened the door slightly. The Defendant Jade Jackson ("Jackson") was present inside the residence and B.M. told the officer that Jackson had a gun on the kitchen table.

B.M. began searching for the weapon in the presence of the officers as it was no longer on the kitchen table. B.M. directed officers to a master bathroom cabinet where the gun was located. It was photographed but not touched, manipulated or seized at that time. A search warrant was obtained for the residence. A search of the residence revealed the following:

- Baggie containing 55 grams of cocaine, Schedule II controlled substance from Gucci box in master bedroom closet.
- Additional baggies containing another 48 grams of cocaine, Schedule II controlled substance from the kitchen drawer; and a baggie of approximately 2.5 grams consisting of a mixture of heroin, a Schedule I controlled substance and fentanyl, a Schedule II controlled substance.
- Loaded Glock 43 9mm Serial Number BASC062 recovered from under the master bedroom mattress. The firearm was tested and found to be operable, and it was manufactured outside of Maryland and therefore affected interstate commerce. Investigators obtained a DNA profile from the firearm and compared it to Jackson's known DNA profile. The results showed a strong support for inclusion as to Jackson
- PMF (Privately Made Firearm) Polymer 80, .45 caliber assault rifle recovered from the master bathroom cabinet. The firearm had an automatic firing selector switch on the back of the upper slide assembly, which makes it an automatic firing machine gun pistol that meets the definition of a machinegun in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(a). The firearm was test fired and found to be operable. A DNA profile was obtained from the firearm and compared to Jackson's know DNA profile. The results showed strong support for inclusion as to Jackson.
- 2 loaded magazines in master bathroom cabinet.
- Paper bag of mixed ammo in master bathroom cabinet.

Jackson was arrested. In a recorded jail call from Howard County Detention Center shortly after his arrest, Jackson asked a male (believed to be his son) to check the Gucci box in the closet, which is where the larger quantity of drugs were found. The male told Jackson that it was empty. Jackson admits that he possessed the controlled substances with the intent to distribute them.

Rev. August 2018

10

Jackson further admits that he knowingly possessed the firearms and that prior to possessing the firearm, he had been convicted of a crime punishable by imprisonment for a term exceeding one year, and he had knowledge of that status when he possessed the firearm. Jackson also admits that, at the time of his arrest, he knew, or was aware of, the essential characteristics of the PMF (Privately Made Firearm) Polymer 80, .45 caliber assault rifle that made it a "machinegun."

SO STIPULATED:

Kim Y. Hagan
Assistant United States Attorney

Jade Jackson
Defendant

Julie Reamy
Counsel for Defendant

Rev. August 2018

11